UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 22-21951-CIV-MARTINEZ-BECERRA

JOHN P. MIDDLETON,

    Plaintiff,

vs.

THE HOLLYWOOD REPORTER, LLC,
GARY BAUM,
and ROY LEE,

    Defendants.
_____/

## ORDER TO SHOW CAUSE AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint upon Defendants within 90 days after the filing of the complaint. This deadline has passed, and, to date, there is no indication in the court record that any of the Defendants have been served with the summons and complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **October 5, 2022**, Plaintiff shall show cause why this case should not be dismissed against Defendants for failure to perfect service of process. Failure to show good cause will result in the dismissal of all claims against Defendants without prejudice and without further notice. This case is **ADMINISTRATIVELY CLOSED** pending Plaintiff's response and the Court's resolution of this service issue.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2022.

                                                                                                                   JOSE E. MARTINEZ
                                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to: Magistrate Judge Becerra & All Counsel of Record