UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 22-21951-cv-MARTINEZ-BECERRA

JOHN P. MIDDLETON

    Plaintiff,

vs.

THE HOLLYWOOD REPORTER, LLC,
GARY BAUM, and ROY LEE,

    Defendants.
_____/

**DECLARATION OF MINCH MINCHIN IN SUPPORT OF DEFENDANT THE HOLLYWOOD REPORTER, LLC'S MOTION TO DISMISS AND SUPPORTING MEMORANDUM OF LAW**

I, Minch Minchin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at the law firm of Shullman Fugate PLLC, counsel for Defendant The Hollywood Reporter, LLC ("THR"), and its reporter Gary Baum, in the above-captioned matter.

2. I submit this declaration to annex documents relevant to THR's Motion to Dismiss Plaintiff's Complaint in this action, in which Gary Baum joins.

3. Attached hereto as Exhibit A is a true and correct copy of the Article at issue in this case: "Allegations of Prostitution, Substance Abuse and Spying: Inside Hollywood's Nastiest Producer Feud", authored by Gary Baum and published in *The Hollywood Reporter* on June 24, 2020. The Article was published online on June 25, 2020, and is publicly available at:

https://www.hollywoodreporter.com/business/business-news/allegations-prostitution-more-hollywoods-nastiest-producer-feud-1299878/.

4. Attached hereto as Composite Exhibits B(1) through B(9) are true and correct copies of the following articles of and concerning Plaintiff John P. Middleton:

- Andrew Porter, *Son of Phillies Part-Owner Goes on Twitter Rant Defending the Phils*, CBS NEWS, Sept. 30, 2014, and available at: https://www.cbsnews.com/philadelphia/news/son-of-phillies-part-owner-goes-on-twitter-rant-defending-the-phils/ (**Exh. B(1)**).

- Katherine Clarke, *Film Producer John Powers Middleton wants $7m for Hollywood Hills Compound*, THE REAL DEAL, April 20, 2016, and available at: https://therealdeal.com/la/2016/04/20/film-producer-john-powers-middleton-wants-7m-for-hollywood-hills-compound/ (**Exh. B(2)**).

- "John Powers Middleton," INTERNET MOVIE DATABASE, available at: https://www.imdb.com/name/nm4523128/ (**Exh. B(3)**).

- Eric Hananoki, *Movie Producer and Son of Phillies Co-Owner is the Big Donor Behind Roger Stone's Controversial Group*, MEDIA MATTERS FOR AM., April 20, 2016, and available at: https://www.mediamatters.org/donald-trump/movie-producer-and-son-phillies-co-owner-big-donor-behind-roger-stones-controversial (**Exh. B(4)**).

- Neal J. Leitereg, *Producer John Powers Middleton is Ready to Play Ball for Hollywood Hills Compound*, L.A. TIMES, May 13, 2016, and available at: https://www.latimes.com/business/realestate/hot-property/la-fi-hotprop-john-powers-middleton-house-20160513-snap-story.html (**Exh. B(5)**).

- Brian Welk, *'It' Producer Roy Lee Accused of Fraud Over Fees and Credits for Dozens of Projects in Lawsuit*, THE WRAP, Aug. 28, 2019, and available at: https://www.thewrap.com/it-producer-roy-lee-accused-of-fraud-over-fees-and-credits-for-dozens-of-projects-in-lawsuit/ (**Exh. B(6)**).

- Sarah El-Mahmoud, *IT Producer Sued for Fraud*, CINEMA BLEND, August 29, 2019, and available at https://www.cinemablend.com/news/2478902/it-producer-sued-for-fraud (**Exh. B(7)).**

- Alex Darus, *'IT Chapter Two' Producer Sued for Alleged Fraud, Deceit*, ALTERNATIVE PRESS, Aug. 30, 2019, and available at: https://www.altpress.com/it-chapter-two-roy-lee-producer-sued-fraud/ (**Exh. B(8)**).

2

- Alexandra Steigrad, *Legal Brawl gets Ugly Between Hollywood Producers Roy Lee, John Middleton*, NY POST, June 10, 2020, and available at: https://nypost.com/2020/06/10/legal-brawl-gets-ugly-between-hollywood-producers-roy-lee-john-powers-middleton/ (**Exh. B(9)**).

5. Attached hereto as Exhibits C(1) through C(6) are true and correct certified copies of the following filings, available on the public court file, in *Middleton, et al. v. Lee, et al.*, Los Angeles County Sup. Ct. Case No. 19STCV30580 (2019):

- John Middleton's Complaint (**Exh. C(1)**).
- John Middleton's First Amended Complaint (**Exh. C(2)**).
- John Middleton's Second Amended Complaint (**Exh. C(3)**).
- John Middleton's Motion to Strike (**Exh. C(4)**).
- Roy Lee's Second Amended Cross-Complaint (**Exh. C(5)**).
- Roy Lee's Third Amended Cross-Complaint (**Exh. C(6)**).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2022.

**Minch Minchin**
Minch Minchin (Florida Bar No. 1015950)
mminchin@shullmanfugate.com
2101 Vista Parkway Suite 4006
West Palm Beach, Florida 33411
(813) 935-5098

*Attorney for The Hollywood Reporter, LLC*