UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 22-cv-21951-JEM

JOHN P. MIDDLETON,

    Plaintiff,

vs.

THE HOLLYWOOD REPORTER, LLC,
GARY BAUM, and ROY LEE,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF STRIKING DOCKET ENTRIES 48 and 54

Defendant, Roy Lee, by and through undersigned counsel, hereby files this Notice of Striking ECF No. 48, Defendant's Motion to Appear Co Counsel Pro Hac Vice for Ekwan E. Rhow, and ECF No. 54, Defendant's Motion for Leave to Appear Co Counsel Pro Hac Vice for Attorney Jumin Lee, in compliance with the Clerk's Notice to Filer [ECF No. 55]. Motions to Appear Pro Hac Vice for Ekwan E. Rhow and Jumin Lee will be filed separately.

Dated: April 18, 2023

Respectfully submitted,
Kim Vaughan Lerner LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, Florida 33316
(954) 527-1115  Telephone
(954) 527-1116  Facsimile

By: */s/ Candace Phillips*
    Jay Kim (Fla. Bar No. 137863)
    jkim@kvllaw.com
    Candace Phillips (Fla. Bar No. 1010368)
    cphillips@kvllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

/s/ Candace Phillips
Candace Phillips (Fla. Bar No. 1010368)

## SERVICE LIST

Shannon Timman, Esq.
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
shannon@clarelocke.com

*Attorneys for Plaintiff*

VIA CM/ECF

Rachel E. Fugate, Esq.
Shullman Fugate PLLC
rfugate@shullmanfugate.com
Allison S. Lovelady
alovelady@shullmanfugate.com
Minch Minchin
mminchin@shullmanfugate.com
(813) 935-5098
2101 Vista Parkway Suite 4006
West Palm Beach, Florida 33411

*Attorneys for Defendant The Hollywood Reporter, and Gary Baum*

VIA CM/ECF

Christopher J. Lee, Esq.
Ekawn E. Rhow
Bird Marella PC
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
clee@birdmarella.com
erhow@birdmarella.com

VIA CM/ECF